1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   ESMERALDA S. FOUNTAIN,                         Case No. 2:15-cv-00936-RCJ-PAL
                                                   Case No. 2:15-cv-01222-RCJ-PAL
8                                 Plaintiff,
                                                   **ORDER**
9        v.

10   BANK OF AMERICA, N.A., et al.

                                   Defendants.
11

12        Before the court is the Notice of Settlement (Dkt. #21) between Plaintiff and Defendant

13   Bank of America, N.A., filed May 19, 2016.  The notice requests 60 days to submit settlement

14   documents.

15        **IT IS ORDERED** that that Plaintiff and Defendant Experian Information Solutions, Inc.

16   shall have until **July 18, 2016,** to either file a stipulation to dismiss, or a joint status report with

17   the court advising when the stipulation will be filed.

18        DATED this 25th day of May, 2016.

19
20
21                                                 _____
                                                   PEGGY A. LEEN
                                                   UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28